**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02309-WDM-MJW

MARIAN DEACON,

       Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

      COMES NOW the Plaintiff, Marian Deacon, by and through her attorney, David M. Larson, and the Defendant, Enhanced Recovery Corporation, by and through their attorney, John F. Young, and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by January 29, 2007.

Dated: January 22, 2007.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson | s/ John F. Young |
| David M. Larson, Esq. | John F. Young, Esq. |
| 405 S. Cascade Avenue Suite 305 | Block Markus & Williams, LLC |
| Colorado Springs, CO 80903 | 1700 Lincoln Street, Suite 4000 |
| (719) 473-0006 | Denver, CO 80203 |
| Attorney for the Plaintiff | Attorneys for the Defendant |